**Order entered October 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01236-CV

### IN RE JUANITO MARSHALL, Relator

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-53984-R**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DOUGLAS S. LANG
        JUSTICE